822

No. 86–1887.   MAYERS ET UX. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 86–1888.   MARTINELLI, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MARTINELLI, ET AL. *v.* UNITED STATES DEPARTMENT OF THE ARMY.   C. A. 3d Cir.   Certiorari denied.

No. 86–1889.   DIAZ-ALBERTINI *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86–1890.   GIBBS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 86–1892.   FORD MOTOR CO. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–1893.   DOUGLAS *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 86–1894.   BARTON *v.* E. F. HUTTON & CO., INC., ET AL. C. A. 9th Cir.   Certiorari denied.

No. 86–1895.   RIVAL MANUFACTURING CO. *v.* AVERBACH. C. A. 3d Cir.   Certiorari denied.

No. 86–1896.   BRAME *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 86–1900.   PELTIER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–1902.   BEN M. HOGAN CO., INC. *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 86–1903.   HOWARD *v.* MARSH, SECRETARY OF THE ARMY. C. A. 8th Cir.   Certiorari denied.

No. 86–1905.   BRUMFIELD *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–1909.   HOFFMAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.